# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2250

_____

Juan Gustavo Torres-Perez

*Petitioner*

v.

William P. Barr, Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 7, 2019
Filed: June 27, 2019
[Unpublished]

_____

Before ERICKSON, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Juan Gustavo Torres-Perez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying asylum, withholding of removal, and relief under the Convention Against Torture. After careful consideration of the petition, we find no basis for reversal. *See* 8 U.S.C. § 1158(b)(1) (asylum eligibility requirements);

*Garcia-Milian v. Lynch*, 825 F.3d 943, 945 (8th Cir. 2016) (standard of review). Accordingly, the petition is denied. *See* 8th Cir. R. 47B.

_____